**Form fnldec** (Revised 10/07/2009)

### United States Bankruptcy Court – District of Kansas
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 09−41012　　　　　　　　　　　　　　　Chapter: 7

In re:

Debra K Coleman
aka　　Debra Coleman
aka　　Debbie Coleman
1007 Walnut Street
Emporia, KS 66801

SSN: xxx−xx−6646

| Entered By The Court 9/1/10 | FINAL DECREE | Filed By The Court 9/1/10 Fred Jamison Clerk of Court US Bankruptcy Court |
|---|---|---|

The estate of the debtor(s) has been fully administered. If appropriate, the deposit required by the plan has been distributed.

IT IS ORDERED THAT:

1. Patricia E Hamilton is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 45

s/ Janice Miller Karlin
United States Bankruptcy Judge